IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | )<br>)<br>) |
| v. | ) CASE NO. 12-1101 |
| $69,994.00 IN UNITED STATES CURRENCY,<br>　　　Defendant | )<br>)<br>) |

## CONSENT DECREE OF FORFEITURE

On September 28, 2012, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the defendant $69,994.00 in United States Currency. The complaint alleged that the currency was involved in, used, or intended to be used in violation of 31 U.S.C. § 5324 and was forfeitable under 31 U.S.C. § 5317, 18 U.S.C. § 981 and 18 U.S.C. § 984.

1. It appearing that process was fully issued in this action and returned according to law;

2. The claimant, Robert Young, after having been personally served in the above-captioned matter, filed a verified claim on November 7, 2012. The necessity of an answer to the action is rendered moot by the entry of this consent decree.

3. Potential claimant, Mary Rose, was served by certified mail on October 2, 2012. A record of her service has been filed as an Affidavit of Service. Pursuant to Supplemental Rule G(5)(a)&(b), any claimant to the defendant currency was required to file a claim no later than 35 days after written notice was sent. A written claim from Mary Rose was to be filed on or before November 6, 2012. No claim or answer was received from her.

4. Potential claimant, Jeremy Young, was served by certified mail on October 2, 2012. A record of his service has been filed as an Affidavit of Service. Pursuant to Supplemental Rule G(5)(a)&(b), any claimant to the defendant currency was required to file a claim no later than 35 days after written notice was sent. A written claim from Jeremy Young was to be filed on or before November 6, 2012. No claim or answer was received from him.

5. All other claimants were served by publication beginning on October 6, 2012, with publication running for thirty (30) consecutive days on an official Government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C). The Proof of Publication was filed with this court on November 7, 2012.

6. No other claims have been received within 35 days after written notice was sent or 60 days after the first date of publication. The United States of America took all reasonable measures to ensure that Robert Young and any other possible claimant received such notice in a timely fashion. To this date, no other individual than Rober Young has filed a claim. Therefore, all other possible claimants are in total default and the United States of America is entitled to a judgment of forfeiture, all without the necessity of any further notice to any other person or entity.

7. That the claimant, Robert Young, now wishes to settle fully all claims pending in the present litigation and forfeit a portion of the Defendant property to the United States of America pursuant to 18 U.S.C. § 981 (a)(1)(G). The claimant, Robert Young, by placing his signature hereto, hereby affirms to this Honorable Court that $59,494.90 of the defendant property is forfeitable and withdraws his claim to that amount of the defendant currency.

8. That the petitioner, the United States of America, now wishes to settle fully all claims pending in the present litigation and by consenting to the entry of this order, hereby affirms to this Honorable Court that $10,499.10 of the defendant property should not be forfeited and should instead be returned to the claimant/owner Robert Young.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A. The United States of America is hereby given a judgment of forfeiture against the defendant property described below:

**$59,494.90 in UNITED STATES CURRENCY;**

and against the interest therein of Robert Young, and any and all persons or entities having or claiming an interest in the defendant property;

B. Title to the defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Robert Young, are hereby cancelled;

C. The Defendant property is referred to the custody of the Internal Revenue Service for disposition in accordance with law and regulations;

D. As to the remaining defendant currency described below:

**$10,499.10 in UNITED STATES CURRENCY;**

with no claim being received on this property, it is by order of this Court that the same shall be returned to the claimant Robert Young; and

E. Each side shall be responsible for their own fees and costs incurred in the litigation of this matter.

IT IS SO ORDERED this 10th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

_____
Benjamin Wulff, Assistant U.S. Attorney

_____
Neil Deininger, Attorney for claimant, Robert Young

_____
Robert Young, claimant

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**DEC 1 1 2012**

CHRIS R. JOHNSON, Clerk
By
     Deputy Clerk

4